

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2016

No. 04-16-00179-CR

Jason **TURNER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9801
Honorable Ray Olivarri, Judge Presiding

# O R D E R

After this court granted appellant a thirty-day extension of time to file his brief, the brief was due October 10, 2016. Appellant has now filed a second motion for extension of time asking for another thirty days in which to file the brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief on or before November 9, 2016.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2016.

Keith E. Hottle
Clerk of Court